David E. Ross (dross@kasowitz.com)
Brian S. Kaplan (bkaplan@kasowitz.com)
Daniel Turinsky (dturinsky@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Plaintiff
MMC Energy, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MMC ENERGY, INC.,

     Plaintiff,      Civil Action No.

vs.

KARL W. MILLER,         RULE 7.1 DISCLOSURE
                 STATEMENT
     Defendant.

-----------------------------------------------------------X

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff MMC Energy, Inc. (a private non-governmental party) certifies that it has no publicly held corporate parents, and that no publicly held corporation has an ownership interest of 10% or more in MMC Energy, Inc.

1

Dated: New York, New York
May 8, 2008

                    Respectfully submitted,

                    KASOWITZ, BENSON, TORRES
                        &FRIEDMAN LLP

                By _____
                    David E. Ross
                    dross@kasowitz.com
                    Brian S. Kaplan
                    bkaplan@kasowitz.com
                    Daniel Turinsky
                    dturinsky@kasowitz.com
                    1633 Broadway
                    New York, NY 10019
                    (212) 506-1700

                    Attorneys for Plaintiff MMC Energy, Inc.