David E. Ross (dross@kasowitz.com)
Brian S. Kaplan (bkaplan@kasowitz.com)
Daniel Turinsky (dturinsky@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Plaintiff
MMC Energy, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| MMC ENERGY, INC., <br>      Plaintiff, <br><br> vs. <br><br> KARL W. MILLER, <br>      Defendant. | Civil Action No.: 08 Civ. 4353 <br><br> **NOTICE OF APPEARANCE** |

-----------------------------------------------------------X

   PLEASE TAKE NOTICE, that Kasowitz, Benson, Torres & Friedman LLP hereby appears as counsel for Plaintiff MMC Energy, Inc. in this action.

Dated: New York, New York
    May 9, 2008

             KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

             By: _____
               Brian S. Kaplan
               bkaplan@kasowitz.com

               1633 Broadway
               New York, NY  10019
               (212) 506-1700

To: Thomas J. Hall, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112

Attorneys for Defendant