David E. Ross (dross@kasowitz.com)
Brian S. Kaplan (bkaplan@kasowitz.com)
Daniel Turinsky (dturinsky@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Plaintiff
MMC Energy, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MMC ENERGY, INC.,                                          :   Civil Action No.: 08 Civ. 4353
                         Plaintiff,                        :
                                                           :
     vs.                                                   :   **NOTICE OF APPEARANCE**
                                                           :
KARL W. MILLER,                                            :
                         Defendant.                        :
                                                           :
------------------------------------------------------------X

      PLEASE TAKE NOTICE, that Kasowitz, Benson, Torres & Friedman LLP hereby appears as counsel for Plaintiff MMC Energy, Inc. in this action.

Dated: New York, New York
      May 9, 2008

                    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                    By: _____
                         Daniel Turinsky
                         dturinsky@kasowitz.com

                         1633 Broadway
                         New York, NY 10019
                         (212) 506-1700

To:   Thomas J. Hall, Esq.
      Chadbourne & Parke LLP
      30 Rockefeller Plaza
      New York, New York 10112

      Attorneys for Defendant