David E. Ross (dross@kasowitz.com)
Brian S. Kaplan (bkaplan@kasowitz.com)
Daniel Turinsky (dturinsky@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Plaintiff
MMC Energy, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MMC ENERGY, INC.,                              :     Civil Action No.: 08 Civ. 4353
            Plaintiff,                         :
                                               :
    vs.                                        :     **NOTICE OF APPEARANCE**
                                               :
KARL W. MILLER,                                :
            Defendant.                         :
                                               :
-----------------------------------------------------------X

   PLEASE TAKE NOTICE, that Kasowitz, Benson, Torres & Friedman LLP hereby appears as counsel for Plaintiff MMC Energy, Inc. in this action.

Dated: New York, New York
       June 23, 2008

                                KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                By: _____
                                    David E. Ross
                                    dross@kasowitz.com

                                    1633 Broadway
                                    New York, NY 10019
                                    (212) 506-1700

To:    Thomas J. Hall, Esq.
       Chadbourne & Parke LLP
       30 Rockefeller Plaza
       New York, New York 10112

       Attorneys for Defendant