U.S. SOUTHERN DISTRICT COURT, COUNTY OF NEW YORK

# AFFIDAVIT OF SERVICE

**State of New York**   **County of New York**   **Case Number 08CIV4353**

Plaintiff: MMC Energy, Inc.
VS.
Defendant: Karl W. Miller

Name and Address of Person/Entity to be served:

Karl Miller
411 Bradley Creek Point Rd.
Wilmington, NC 28403

Received by Cape Fear Investigative Services on June 3, 2008, I Auria Tellechea, being duly sworn depose and say that on the 4 day of June, 2008, I executed service by delivering a true copy of the attached Summons and Complaint in accordance with the states statutes in the manner marked below:   CIVIL COVER SHEET, RULE 7.1 STATEMENT, CONSENT & JUDGES RULES

( ) **INDIVIDUAL SERVICE:** Served the person named above at_____.
(X) **SUBSTITUTE SERVICE:** By serving Joe Hearne, a co-resident of the given residence, a person of suitable age and discretion at the dwelling, house or usual place of abode of the above-named person.
( ) **POSTED SERVICE:** After attempting service on ____/____ and on ____/____, to a conspicuous place on the property described herein: _____.
( ) **NON-SERVICE:** For the reason detailed in the comments below:

**COMMENTS:** Joe Hearne informed me that the defendant was not home and didn't know when Mr. Miller would be home, as he traveled frequently.

I certify that I have no interest in the above action, am of legal age, and have proper authority in the jurisdiction in which this service was made.

State of North Carolina
County of NEW HANOVER

[✓] I have personal knowledge of the identity of the principal;
        or
[ ] I have seen satisfactory evidence of the principal's identity by a current state or federal identification bearing the photographic image of the individual's face and either the signature or a physical description of the individual.

**Cape Fear Investigative Services**
401 Chestnut Street, Suite D
Wilmington, NC  28401
(910) 762-4374

REF#  3KBTF131556

This the 10th day of JUNE, 2008.

Notary Public
My commission expires:
8/22/12

BETH ANN MEYER
Print Notary's Name

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 06/04/08 |
| NAME OF SERVER (PRINT) AURIA TELLECHEA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: JOE HEARNE

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/04/08
                  Date                Signature of Server

401 CHESTNUT ST. SUITE D.
WILMINGTON, NC 28401
*Address of Server*

REF# 3KBTF131556

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ATTORNEY: KASOWITZ BENSON TORRES & FREIDMAN LLP

INDEX #: 08CIV4353
FILE #: 07808-002

U.S. SOTUHERN DIST. COURT          NEW YORK   COUNTY

---

MMC ENERGY, INC.

                                         PLAINTIFF

                AGAINST

KARL W. MILLER
                                         DEFENDANT

---

STATE OF NEW YORK, COUNTY OF NEW YORK

JOEL GOLUB     being duly swo[rn]
I am over 18 years of age, not a party
That on the 16TH day of JUNE, 2008
United States at Church Street Station
SUMMONS AND COMPLAINT, CI[VIL]
CONSENT AND JUDGES RULES

to KARL W. MILLER
the DEFENDANT at 411 BRADLEY
                            WILMINGTO[N]

Copy mailed by 1st class mail marked
thereof, by return address or otherwise
action against the person to be served.
AS EVIDENCE BY CERTIFICATE OF MAILING HEREWITH ATTACHED.

Sworn to before me this
16TH day of JUNE, 2008tm

KENNETH WISSNER
Notary Public, State of New York
No. [illegible]
Qualified in [New] York County
Commission Expires March 30 2010

JOEL GOLUB   701893
Ref No: 3KBTF131556
Aetna Central Judicial Services
225 Broadway, Suite 1802
New York, NY 10007

ATTORNEY: KASOWITZ BENSON TORRES & FREIDMAN LLP

INDEX #: 08CIV4353
FILE #: 07808-002

U.S. SOTUHERN DIST. COURT          NEW YORK COUNTY

MMC ENERGY, INC.

                              PLAINTIFF

AGAINST

KARL W. MILLER

                              DEFENDANT

STATE OF NEW YORK, COUNTY OF NEW YORK

JOEL GOLUB     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York.
That on the 16TH day of JUNE, 2008 at a regular postal depository maintained by the
United States at Church Street Station, New York, New York, deponent mailed a copy of
SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT
CONSENT AND JUDGES RULES

to KARL W. MILLER
the DEFENDANT at 411 BRADLEY CREEK POINT RD
                WILMINGTON, NC 28403

Copy mailed by 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns an
action against the person to be served.
AS EVIDENCE BY CERTIFICATE OF MAILING HEREWITH ATTACHED.

Sworn to before me this
16TH day of JUNE, 2008tm

JOEL GOLUB   701893
Ref No: 3KBTF131556
Aetna Central Judicial Services
225 Broadway, Suite 1802
New York, NY 10007

KENNETH WIGSNER
Notary Public, State of New York
Qualified in New York County
Commission Expires March 30, 2010