AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MMC ENERGY, INC.,

Plaintiff

vs.

KARL W. MILLER,

Defendant.

APPEARANCE

Case Number: 08 CIV 4353 (DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/18/2008 | _/s/ Thomas Joseph Hall_ |
| Date | Signature |
| | Thomas Joseph Hall — TH 3398 |
| | Print Name / Bar Number |
| | Chadbourne & Parke LLP - 30 Rockefeller Plaza |
| | Address |
| | New York, NY 10112 |
| | City / State / Zip Code |
| | (212) 408-5100 / (212) 541-5369 |
| | Phone Number / Fax Number |