UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MMC ENERGY, INC.,

                           Plaintiff,

        -against-

KARL W. MILLER,

                           Defendant.

08 Civ. 4353 (DAB)

## DECLARATION OF KARL W. MILLER IN OPPOSITION TO MOTION FOR DEFAULT JUDGMENT

KARL W. MILLER declares as follows:

1. I am the defendant in this action.

2. I am a resident of Florida, and was so on June 4, 2008. To my knowledge, Joe Hearne, my father-in-law, is a resident of North Carolina and was so on June 4, 2008. Joe Hearne does not reside at my residence at the present time and did not reside at my residence on June 4, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July __, 2008

                                          _____
                                          Karl W. Miller