AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

MMC ENERGY, INC.,

    Plaintiff,

vs.

KARL W. MILLER,

    Defendant.

**APPEARANCE**

Case Number: 08 Civ. 4353 (DAB)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    defendant

    I certify that I am admitted to practice in this court.

| 7/23/2008 | *signature: Bernadette K Galiano* |
|---|---|
| Date | Signature |

| Bernadette K. Galiano | BG 6004 |
|---|---|
| Print Name | Bar Number |

Chadbourne & Parke, 30 Rockefeller Plaza
Address

| New York | NY | 10112 |
|---|---|---|
| City | State | Zip Code |

| (212) 408-5100 | (646) 710-1159 |
|---|---|
| Phone Number | Fax Number |