UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MMC ENERGY, INC.,

                Plaintiff,

vs.                                                                                   08 Civ. 4353 (DAB)(JLC)

KARL W. MILLER,

                Defendant.

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-10
```

## CONSENT ORDER OF
## SETTLEMENT AND DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, and it is SO ORDERED by the Court, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and in accordance with the confidential Settlement Agreement and Release between MMC Energy, Inc., George Rountree, III, Senator Richard H. Bryan, Michael J. Hamilton, Sylvia Rountree, Karl W. Miller and Ashley Hearne Miller, dated August 18, 2010 (the "Settlement Agreement"), that:

1.    The above-captioned case, and any and all claims asserted therein, is hereby dismissed with prejudice, with each party to bear their own costs, expenses, disbursements and attorneys' fees.

2.    The parties agree to fully comply with the Settlement Agreement.

3.    The parties agree that any violation of the terms of the Settlement Agreement or this Order shall be punishable by contempt, among other remedies available to the Court and the non-breaching parties, and that service on the undersigned counsel of record for the parties by hand delivery or overnight mail of any filing in connection with this matter, including without

limitation, an application in connection with an alleged violation of the Settlement Agreement or this Order, shall be deemed good and sufficient service of same.

4. This Court shall retain jurisdiction over the parties for purposes of enforcing the Settlement Agreement and this Order.

5. The parties to the Settlement Agreement voluntarily consent to the entry of this Order by their signatures below.

Dated: New York, New York
August 27, 2010

| MARK D. JOHNSON, P.A. | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
|---|---|
| By: /s/ Mark D. Johnson<br>Mark D. Johnson<br>MarkDJohnsonPA@bellsouth.net | By:_____<br>David E. Ross<br>dross@kasowitz.com<br>Brian S. Kaplan<br>bkaplan@kasowitz.com<br>Daniel Turinsky<br>dturinsky@kasowitz.com |
| 10 Central Parkway, Suite 210<br>Stuart, Florida 34994<br>(772) 223-7700<br>Attorneys for Defendant | 1633 Broadway<br>New York, NY 10019<br>(212) 506-1700<br>Attorneys for Plaintiff |

limitation, an application in connection with an alleged violation of the Settlement Agreement or this Order, shall be deemed good and sufficient service of same.



4. This Court shall retain jurisdiction over the parties for purposes of enforcing the Settlement Agreement and this Order.

5. The parties to the Settlement Agreement voluntarily consent to the entry of this Order by their signatures below.

Dated: New York, New York
August 26, 2010

MARK D. JOHNSON, P.A.

By:_____
Mark D. Johnson
MarkDJohnsonPA@bellsouth.net

10 Central Parkway, Suite 210
Stuart, Florida 34994
(772) 223-7700
Attorneys for Defendant

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By:_____
David E. Ross
dross@kasowitz.com
Brian S. Kaplan
bkaplan@kasowitz.com
Daniel Turinsky
dturinsky@kasowitz.com

1633 Broadway
New York, NY 10019
(212) 506-1700
Attorneys for Plaintiff

**SO ORDERED**

_Deborah A. Batts_ 9/2/10
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

2

Sworn to and subscribed before me this
19 day of Aug, 2010

*Denise D. Skettini*

DENISE D. SKETTINI
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 9/26/2012
License # 2292271

MMC Energy, Inc.

By: *Michael J. Hamilton*

Michael J. Hamilton
Chief Executive Officer

Dated: August 19, 2010

Dated: August_____, 2010

_____
Karl W. Miller

Dated: August_____, 2010

_____
Ashley Hearne Miller

Dated: August 19, 2010

*Michael J. Hamilton*

Michael J. Hamilton

Dated: August_____, 2010

_____
Senator Richard H. Bryan

Dated: August_____, 2010

_____
George Rountree, III

Dated: August_____, 2010

_____
Sylvia H. Rountree

3

MMC Energy, Inc.

Dated: August_____, 2010

By: _____
Michael J. Hamilton
Chief Executive Officer

Dated: August 23, 2010

_____
Karl W. Miller

Dated: August 23, 2010

_____
Ashley Hearne Miller

Dated: August_____, 2010

_____
Michael J. Hamilton

Dated: August_____, 2010

_____
Senator Richard H. Bryan

Dated: August_____, 2010

_____
George Rountree, III

Dated: August_____, 2010

_____
Sylvia H. Rountree

3

MMC Energy, Inc.

Dated: August_____, 2010

By: _____
Michael J. Hamilton
Chief Executive Officer

Dated: August_____, 2010

_____
Karl W. Miller

Dated: August_____, 2010

_____
Ashley Hearne Miller

Dated: August_____, 2010

_____
Michael J. Hamilton

Dated: August _19th_, 2010

_____
Senator Richard H. Bryan

Dated: August_____, 2010

_____
George Rountree, III

Dated: August_____, 2010

_____
Sylvia H. Rountree

3

                                                  MMC Energy, Inc.

Dated: August_____, 2010        By: _____
                                                  Michael J. Hamilton
                                                  Chief Executive Officer

Dated: August_____, 2010              _____
                                                  Karl W. Miller

Dated: August_____, 2010              _____
                                                  Ashley Hearne Miller

Dated: August_____, 2010              _____
                                                  Michael J. Hamilton

Dated: August_____, 2010              _____
                                                  Senator Richard H. Bryan

Dated: August 20, 2010                */s/ George Rountree, III*
                                                  George Rountree, III

Dated: August 20, 2010                */s/ Sylvia H. Rountree*
                                                  Sylvia H. Rountree